**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge:** Michelle H. Burns | **Date:** March 19, 2021 |
| **USA v. James Theodore Polzin** | **Case Number:** 21-00052MJ-001-PHX-MHB |

**Assistant U.S. Attorney:** Sheila Phillips for Kevin M. Rapp
**Attorney for Defendant:** Jason Silver, Retained
**Interpreter:** N/A
**Defendant:**  ☒ **Present, appearing via VTC**   ☒ **Custody**

**INITIAL APPEARANCE**
☒ Complaint filed                                                                  **Date of Arrest: 3/18/2021**
☒ The defendant, having consulted with counsel, consents to proceed via video teleconference.
☒ Notice of Appearance filed
☒ At defense counsel's request, Detention and Preliminary Hearings set for March 24, 2021 at 2:30 pm before Judge Boyle, courtroom 302
☒ Defendant ordered temporarily detained

OTHER: Upon motion of the Government, IT IS ORDERED unsealing this case.

**Recorded By** Courtsmart                                                                                 IA     2 min
**Deputy Clerk** Molly Frasher

                                                                                                                                  **Start: 12:52 pm**
                                                                                                                                  **Stop: 12:54 pm**