AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of __Arizona__

ORIGINAL

FILED ___ LODGED
☒ RECEIVED ___ COPY

MAR 22 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>James Theodore Polzin<br>*Defendant* | )<br>)  Case No.  21-052MJ<br>)<br>)<br>)<br>)<br>) |

~~SEALED~~

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   James Theodore Polzin                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Fraud in Connection with Major Disaster or Emergency Benefits in violation of 18 U.S.C. § 1040;
Wire Fraud in violation of 18 U.S.C. § 1343

RCVD MAR 17 '21 PM 2:35
US MARSHALS SERVICE AZ

Date:   03/17/2021                                               *Issuing officer's signature*

City and state:   Phoenix, Arizona                 Michelle H. Burns, United States Magistrate Judge
                                                                    *Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* 3-17-21, and the person was arrested on *(date)* 3-18-21 at *(city and state)* Gilbert, AZ . | |
| Date:  3-19-21 | #4113<br>*Arresting officer's signature*<br><br>HSI<br>*Printed name and title* |